IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 



ON MOTION FOR REHEARING


 




NO. 3-91-363-CV





MARY MELVINA MARTIN AND ANTHONY L. MARTIN,



 APPELLANTS


vs.





CITY OF SCHERTZ, COMAL INDEPENDENT SCHOOL DISTRICT 


AND COUNTY OF COMAL,



 APPELLEES


 




FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT



NO. C-90-602C, HONORABLE ROBERT T. PFEUFFER, JUDGE



 





PER CURIAM



 In their motion for rehearing, appellees County of Comal and Comal Independent
School District correctly point out this Court's error in taxing costs in this proceeding against
appellees. A taxing unit is not liable for court costs in a suit to collect taxes. Tex. Prop. Code
Ann. § 33.49(a) (1982); Leander Indep. Sch. Dist. v. Texas Conference Ass'n of Seventh-Day
Adventists, 679 S.W.2d 487, 488 (Tex. 1984); El Campo Indep. Sch. Dist. v. Kimmey, 571
S.W.2d 865, 866 (Tex. 1978); Houston Lighting & Power Co. v. Dickinson Indep. Sch. Dist.,
794 S.W.2d 402, 408 (Tex. App. 1990, writ denied); see Tex. R. App. P. Ann. 89 (Pamph.
1992).

 Accordingly, we grant appellees' motion for rehearing. We withdraw our
judgment, dated July 8, 1992, and substitute our judgment taxing all costs of this appeal against
appellants Mary Melvina Martin and Anthony L. Martin.


[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Filed: August 26, 1992

[Do Not Publish]